**Order entered June 8, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00493-CV

### IN THE INTEREST OF J.R.W., ET AL., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-09740-Y**

## ORDER

This is an accelerated appeal from a decree terminating Father's parental rights. On April 15, 2015, after perfecting appeal, Father's trial counsel, who was appointed, filed in the trial court a motion to withdraw and substitute appellate counsel. By letter dated May 19, 2015, Deputy Dallas County District Clerk Angela C. Conejo informed this Court that no order had been entered by the trial court on trial counsel's motion. By order entered May 22, 2015, we abated this appeal to allow the trial court an opportunity to conduct a hearing to determine if good cause existed to replace trial counsel with another attorney on appeal. Our order directed the trial court to make written findings of fact and sign an order either allowing trial counsel to withdraw and appointing appellate counsel or continuing trial counsel's representation. Our order further directed court reporter Francheska Duffey to file a reporter's record of the hearing and Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's findings, any supporting documentation, and the trial court's order. On June 5,

2015, a supplemental clerk's record was filed containing an order allowing trial counsel to withdraw and appointing April Smith appellate counsel.  Because the purpose of our abatement order—to permit the trial court an opportunity to rule on trial counsel's motion—has been accomplished, we **REINSTATE** the appeal.

We note our records already reflect the substitution of counsel.  Pursuant to our May 22nd order, the reporter's trial record remains due June 10, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey.


/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE